**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ONOFRE TOMMY SERRANO,** | ) | NO. CV 22-4574 VBF (KS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS OF UNITED** |
| **ROBERT G. LUNA,** | ) | **STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, the Motion to Dismiss filed by Respondent, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment shall be entered denying the First Amended Petition and dismissing this action without prejudice.

DATED: September 29, 2023

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE