JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONOFRE TOMMY SERRANO, | ) | NO. CV 22-4574 VBF (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT G. LUNA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 29, 2023

_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE